FILED
JAMES J. VILT, JR. - CLERK
DEC 28 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

PERRY GRAVES

_____
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Christerfer Patton
_____
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:23-cv-183-GNS

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

Doctor Christerfer Patton Ex2amine me for months for several months Also Kenny Manion, Kenny Manion is my Primemary Doctor At Ergent Care, Doctor Manion took X-Rays of my leg And told me that Christer fer Patton would or Could Read the X-Ray better than He Could to that is how Mr Patton Got involved this was about 7-7-2017 Dr M Patton Started seeing me on A Regular Basis For my leg so I kept asking Dr Patton when was he going to do the Surgery And kept saying that it was not time yet I Really Don't know How Many months that he Put

kelpt Putting the Surgery off, I know when He Dr. Patton finally Pretended to do the Surgery it was cold and In the winter time the Sergery took Place at the Greenview Hospital I have some of my medical Papers at certain time's when I had to stay at different Hospital's my medical Papers and medical Photo's were remove from my Gym Bag 3 or 4 times my storeage has also been Broken Into I told the lady that I Rent from that it is very funny 50 or 60 storeage's my storage is the only one that has been Broken Into! I had a Photo of color MRI that show how my knee was cut open After Dr. Patton was suppose to have done Surgery on my knee Plus my knee kelpt hurting me that let me know that He Dr. Patton had or has not operated on my leg But I Bet the goverment has Paid Dr. Patton a check for Surgery that Dr. Patton Did not do But got Payed for a surgey that he Did Not Do! This is Not the first time And I Am sure it want Be the last time, Ruy June

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: PERRY GRAVES
Street Address: 165 / PO BOX West Main St
City and County: Glasgow Barren
State and Zip Code: KY 42141
Telephone Number: 270-308-4488 or 270-487-9417
E-mail Address: ~~PerryGraves@~~ PerryGraves1956@Gmail.com

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Christopher Patton
Job or Title (if known): Orthopedic PA
Street Address: 1801 Ashley Circle
City and County: Bowling Green, Warren County
State and Zip Code: KY 42104
Telephone Number: Listed
E-mail Address (if known):

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:

2

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____
        (if known)

    Defendant No. 3

        Name    _____

        Job or Title    _____
        (if known)

        Street Address    _____

        City and County    _____

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____
        (if known)

    Defendant No. 4

        Name    _____

        Job or Title    _____
        (if known)

        Street Address    _____

        City and County    _____

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____
        (if known)

**II.**  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*One IMPoRtANt Issue I think Mr Patton has found A Slick way to Hussle the goverment And has been doing this for a long time!*

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* __PERRY GRAVES__, is a citizen of the State of *(name)* __Kentucky__.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* __PERRY GRAVES__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE Fact that Dr Patton Pretented to Operate On my leg of different X-Rays and MR I will Prove That Dr Patton did not Operate on my leg Dr Patton Has Also Porge the goverment by Releving Money To1 Work or Surgery that HE Dr Patton Did not Do

THE Fact that I SAW In my medical Surgery that After the Surgrey that did not Happen that Whomever Put my To Sleep that the medical People had A Hard time Wakeing me Over UP!

5

I Really Can't Say that He was at the Hospital Because I don't Remember seeing Him or talking to Him After Surgery So What If I would Have Died because they was Not Able to wake me up, Dr Patton may not Have Even been there! Sad that A Doctor would think more of Hisself than He does his Paients!

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Could Have Died they Had A Hard time wakeing me up In My medical files Pain+Suffering Because After 3 weeks of Suffering Pain + Suffering I made a appoinment to see DR Patton because it was very Clear to me that He Was Not going to call me to check on me

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-28, 20 23

Signature of Plaintiff _____
Printed Name of Plaintiff PERRY GRAVES

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney  _____

Printed Name of Attorney _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

Telephone Number  _____

E-mail Address  _____