UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

PERRY GRAVES     Plaintiff

v.     Civil Action No. 1:23-cv-183-RGJ

CHRISTERFER PATTON     Defendant

\* \* \* \* \*

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are dismissed without prejudice because the Court declines to exercise supplemental jurisdiction over them.

There being no just reason for delay in its entry, this is a final Order.

This Court further certifies that an appeal *in forma pauperis* would be frivolous and therefore would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: April 24, 2024

Rebecca Grady Jennings, District Judge
United States District Court

cc:     Plaintiff, *pro se*
A961.014